GRACE MARY MOORE v. JOHN M. PHILLIPS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAGOBEL DEVELOPMENT CORPORATION v. LORA A. BOND.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL WALKER v. SILVER AND GOLD REALTY CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL HOROWITZ v. BERNARD WELT and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GAETANO LOPES v. ANTONIO LOPES and Another, Defendants, Impleaded with JOSEPH LOPES and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VICTOR HALPER DRUG CORPORATION v. PARTOLA MFG. CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES B. SCHWANDA v. WADSWORTH REALTY CORPORATION, Impleaded, etc. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSE MIRANDA and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CHAIVES.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX BUNIN v. RUBIN SPERLING and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JONAS E. ORNSTEIN and Another v. THE HOME INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR E. ROSE v. L. G. HOTEL CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

In the Matter of Summary Proceedings: KATHERINE KELLY v. EDWARD MARGOLIES & CO., INC., and EDWARD MARGOLIES, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of KATHRYN NUTRIZIO for the Discovery of the Assets of the Estate of HENRY NUTRIZIO, Deceased. PHILIP REILLY, Respondent. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNEST M. CHAPIN v. GEORGE E. LEARNARD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.